```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE MIDDLE DISTRICT OF GEORGIA
                              ATHENS DIVISION
```

JOY ANN RAMOS, f/k/a             *
Joy Ann Power,
                                 *
        Plaintiff
                                 *
vs.
                                 *    CASE NO. 3:08-CV-87 (CDL)
MICHAEL J. ASTRUE, Commissioner
of Social Security,              *

        Defendant                *


                              O R D E R

   This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on March 12, 2009.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

   IT IS SO ORDERED, this 17th day of April, 2009.


                                      S/Clay D. Land
                                         CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE